# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE
### ORDER OF PRODUCTION



FILED BY _____ D.C.
05 AUG 11  PM 1:43
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

NO: 1:04-10006-01-T
USA v. SHAUN LYNN BONDURANT
AD   Prosequendum
FOR:  RE-SENTENCING HEARING

TO:   USM, Western District of TN
      Warden, __WEST TENNESSEE STATE PENITENTIARY__
              __P. O. BOX 1100, HENNING, TN  38041-1100__

YOU ARE HEREBY COMMANDED to have the person of __SHAUN BONDURANT__, Inmate # __#19343-076 / 00354826 (TDOC)__, by you restrained of his/her liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable James D. Todd, U. S. District Court Judge, for the Western District of Tennessee, at the room of said Court, in the **City of Jackson, Tennessee, at** __9:15__ **a.m. on the** __9th__ **day of** __September__, 20 __05__, then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ; further, to hold him in federal custody until disposition of this case and to produce him for such other appearances as this court may direct.

ENTERED THIS __11th__ DAY OF __August__, 20__05__.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __08-11-05__

36

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 1:04-CR-10006 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Stephen B. Shankman
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT