IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ____ ℓω ____ D.C.

05 SEP -8 PM 3: 47

~~~~~~~~ GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Cr. No. 04-10006-T |
| SHAUN BONDURANT, | |
| Defendant. | |

## MOTION TO CONTINUE RE-SENTENCING DATE

COMES NOW the defendant, through Counsel, Stephen B. Shankman, who respectfully moves this Honorable Court to continue the re-sentencing hearing in this cause for approximately ten days to two weeks. In support thereof, Counsel would advise the Court that he has been unable to meet personally with the defendant to discuss any re-sentencing issues, and that the defendant was being brought back to Jackson for the first time on Thursday, September 8, 2005. Counsel believes that a brief continuance of this matter will allow us to resolve any remaining issues, and to then go forward with the re-sentencing. Counsel has spoken with Assistant United States Attorney, James Powell, who has no objection to the resetting.

WHEREFORE, PREMISES CONSIDERED, Counsel moves the Court to reschedule the re-sentencing for approximately two weeks.

**MOTION GRANTED**
DATE: _8 September 2005_

_James D. Todd_
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __09-12-05__

Respectfully submitted,

*[signature]*

STEPHEN B. SHANKMAN
Federal Defender
200 Jefferson Avenue, Suite 200
Memphis, TN 38103
(901) 544-3895

## CERTIFICATE OF SERVICE

This is to certify that a copy of the Motion to Continue Re-Sentencing Date has been forwarded to Mr. James Powell, Assistant U.S. Attorney, 109 S. Highland Avenue, 3rd Floor, Jackson, TN 38301.

This 8th day of September, 2005.

*[signature]*

STEPHEN B. SHANKMAN

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 1:04-CR-10006 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Stephen B. Shankman
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT